# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                      Chapter 13

                      Bankruptcy No. 17-10832-JKF

ELIZABETH M. MILLER

4631 MELROSE STREET

PHILADELPHIA, PA 19137

      Debtor

## **CERTIFICATE OF SERVICE**

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    ELIZABETH M. MILLER

    4631 MELROSE STREET

    PHILADELPHIA, PA 19137

Counsel for debtor(s), by electronic notice only.

    ROBERT NEIL BRAVERMAN
    15TH FLOOR
    1515 MARKET ST
    PHILADELPHIA, PA 19103

                                      /S/ William C. Miller

Date: 8/8/2017                            _____

                                      William C. Miller, Esquire
                                      Chapter 13 Standing Trustee