*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Elizabeth M. Miller
    Debtor(s)

Case No: 17–10832–mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

*rescheduled*
Motion for Relief from Stay In Re: 4631 Melrose Street, Philadelphia, PA 19137. , Filed by M&T BANK Represented by MATTEO SAMUEL WEINER

on: 10/19/17

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  10/3/17

Timothy B. McGrath
Clerk of Court

22 – 19
Form 167