United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-10832-mdc
Elizabeth M. Miller                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Eileen         Page 1 of 2              Date Rcvd: Oct 03, 2017
                            Form ID: 167         Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2017.
```
db         +Elizabeth M. Miller,    4631 Melrose Street,   Philadelphia, PA 19137-1108
13862505   +Aria Health,    PO Box 8500-6395,    Philadelphia, PA 19178-0001
13862506   +Aria Health Physician Services,    PO Box 8500-6335,    Philadelphia, PA 19178-0001
13862507    Asset Maximization Group,    PO Box 190191,   South Richmond Hill, NY 11419-0191
13862508   +Central Financial Control,    PO Box 830913,   Birmingham, AL 35283-0913
13862509   +City of Philadelphia Water/Sewer,    Water Revenue Bureau,    1401 JFK Boulevard,
             Philadelphia, PA 19102-1663
13862510    Comenity - Modell's Sporting Goods,    PO Box 659707,    San Antonio, TX 78265-9707
13862511   +Department of Education,    FedLoan Servicing,   PO Box 530210,    Atlanta, GA 30353-0210
13862512   +Diagnostic Imaging Inc Healthcare,    PO Box 371863,    Pittsburgh, PA 15250-7863
13862514   +Einstein Community Healthcare,    c/o Grimley Financial Corporation,
             30 Washington Avenue, Suite C-6,    Haddonfield, NJ 08033-3341
13862515   +Einstein Healthcare Netrwork,    PO Box 780003,   Philadelphia, PA 19178-0003
13862516   +Emergency Care Services of PA,    c/o HRRG,   PO Box 5406,   Cincinnati, OH 45273-0001
13862518   +GNI Neurosciences LLC,    PO Box 2549,   Indianapolis, IN 46206-2549
13862517   +GNI Neurosciences LLC,    PO Box 3288,   Indianapolis, IN 46206-3288
13862523   +HRRG,   PO Box 8486,    Pompano Beach, FL 33075-8486
13862519   +Holy Redeemer,    c/o Care Payment,   PO Box 8500-2900,    Philadelphia, PA 19178-0001
13862520   +Holy Redeemer Health System,    PO Box 8500-2900,   Philadelphia, PA 19178-0001
13862522   +Holy Redeemer Hospital,    AR Resources, Inc,   PO Box 1054,    Blue Bell, PA 19422-0287
13862521   +Holy Redeemer Hospital,    PO Box 781728,   Philadelphia, PA 19178-1728
13862524   +IDA, PC,   9501 Roosevelt Blvd, Suite 208,    Philadelphia, PA 19114-1027
13870422   +Law Office of Robert Braverman, LLC,    1060 N. Kings Hwy., Suite #333,
             Cherry Hill, NJ 08034-1910
13878462   +M&T Bank,    Matteo S. Weiner Esquire,    KML Law Group P.C.,    701 Market Street ste 5000,
             Philadelphia Pa 19106-1541
13862525    M&T Bank,    Attn: Drew J. Pfirrman, General Counsel,    One M&T Plaza,    Buffalo, NY 14203
13862526   +M&T Bank,    c/o KML Law Group,   Foreclosure Department,    701 Market Street, suite 5000,
             Philadelphia, PA 19106-1541
13862527   +Nazareth Hospital,    PO Box 824840,    Philadelphia, PA 19182-4840
13862530   +PFFCU - Visa,    PO Box 4521,   Carol Stream, IL 60197-4521
13862529   +Pennsbury Inpatient Services,    PO Box 37932,   Philadelphia, PA 19101-0532
13862531   +Philadelphia Fire Department,    1105 Schrock Road,    Columbus, OH 43229-1158
13862532   +Philadelphia Gas Works,    800 Montgomery Avenue, 3rd Floor,    Attn: Bankruptcy Department,
             Philadelphia, PA 19122-2898
13882092   +Police and Fire Federal Credit Union,    901 Arch Street,    Phila., Pa. 19107-2495
13862533   +Quest Diagnostics,    PO Box 740775,    Cincinnati, OH 45274-0775
13862534   +Radiology Affiliates of Central NJ,    PO Box 787512,    Philadelphia, PA 19178-7512
13862535   +Santander,    PO Box 105225,   Atlanta, GA 30348-5225
13876392   +Santander Consumer USA,    P.O. Box 961245,   Fort Worth, TX 76161-0244
13862537   +St Christopher's Hospital - Children,    PO Box 830913,    Birmingham, AL 35283-0913
13862539   +St. Christopher's Hospital - Children's,    PO Box 830913,    Birmingham, AL 35283-0913
13862540   +St. Christopher's Pediatric Associates,    PO Box 828699,    Philadelphia, PA 19182-8699
13862541   +Sunrise Credit Services,    PO Box 9100,   Farmingdale, NY 11735-9100
13929572    U.S.Department of Education,    C/O FedLoan Servicing,    P.O.Box 69184,
             Harrisburg PA 17106-9184
13862542   +Verizon,    PO Box 920041,   Dallas, TX 75392-0041
13862543   +Virtual Radiologic Corporation,    PO Box 371863,    Pittsburgh, PA 15250-7863
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13901992        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 04 2017 01:54:25
                 American InfoSource LP as agent for,   Verizon,   PO Box 248838,
                 Oklahoma City, OK  73124-8838
13888393        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 04 2017 01:54:25
                 Ashley Funding Services, LLC its successors and,   assigns as assignee of Reimbursement,
                 Technologies, Inc.,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13962362        E-mail/Text: bankruptcy@phila.gov Oct 04 2017 01:44:00      City of Philadelphia,
                 Law Department Tax Unit,   Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13881693        E-mail/Text: camanagement@mtb.com Oct 04 2017 01:43:31     M&T Bank,   P.O. Box 840,
                 Buffalo, NY 14240-0840
13862528       +E-mail/Text: bankruptcygroup@peco-energy.com Oct 04 2017 01:43:30     PECO,   Bankruptcy Group,
                 2301 Market Street, N3-1,   Philadelphia, PA 19103-1338
13889550       +E-mail/Text: bankruptcygroup@peco-energy.com Oct 04 2017 01:43:30     PECO Energy Company,
                 Attn: Merrick Friel,   2301 Market Street, S23-1,   Philadelphia, PA 19103-1380
                                                                                              TOTAL: 6
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0313-2         User: Eileen             Page 2 of 2          Date Rcvd: Oct 03, 2017
                             Form ID: 167             Total Noticed: 47

13862538*      +St. Christopher's Hospital - Children,    PO Box 830913,    Birmingham, AL 35283-0913
13862513     ##+Doc Bresler's Cavity Busters,    6801 Ridge Avenue,    Philadelphia, PA 19128-2446
13862536     ##+Santander Consumer USA,    Attn: Eldridge A. Burns, Jr., Legal Ofc,
               8585 North Stemmons Fwy, Suite 100,    Dallas, TX 75247-3822
                                                                                TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2017 at the address(es) listed below:
```
              MATTEO SAMUEL WEINER     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              ROBERT NEIL BRAVERMAN    on behalf of Debtor Elizabeth M. Miller robert@bravermanlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                            TOTAL: 5
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Elizabeth M. Miller
    Debtor(s)                                 Case No: 17–10832–mdc
                                                    Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

*rescheduled*
Motion for Relief from Stay In Re: 4631 Melrose Street, Philadelphia, PA 19137. , Filed by M&T BANK Represented by MATTEO SAMUEL WEINER

on: 10/19/17

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 10/3/17

Timothy B. McGrath
Clerk of Court