UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ELIZABETH M MILLER : Chapter 13 Bankruptcy

    Debtor. : Case No.: 17-10832 JKF

  M & T Bank :

    Movant. :

v. :

Elizabeth M. Miller :

    Respondents. :

### ANSWER TO MOTION OF M & T BANK

Debtor, Elizabeth M. Miller, by way of Answer to the Motion states:

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.
7. Admitted
8. Admitted.
9. Admitted
10. Admitted.
11. Denied.
12. Admitted.

WHEREFORE, it is respectfully requested that the Motion for Relief be denied.

                                                  LAW OFFICE OF ROBERT BRAVERMAN, LLC
                                                  Attorneys for Debtor,

DATED: March 19, 2015              By:    /s/ Robert N. Braverman
                                                          ROBERT N. BRAVERMAN, ESQUIRE

Robert N. Braverman, Esquire
LAW OFFICE OF ROBERT BRAVERMAN
1515 Market Street
15TH Floor
Phila., PA 19102
(215) 928-9199
Attorneys For Debtor
I.D. #38312