From: USBankruptcyCourts@noticingcenter.com <USBankruptcyCourts@noticingcenter.com>

To: robert@bravermanlaw.com
Cc:

Date: Friday, October 27, 2017 04:05 pm

Subject: U.S. Bankruptcy Court, Eastern District of Pennsylvania - Returned Mail Notice, In re: Elizabeth M. Miller, Case Number: 17-10832, mdc, Ref: [p-113988214]

Attachments: R_P217108321670085.PDF (5KB)

---

Notice of Returned Mail to Debtor/Debtor's Attorney

October 27, 2017

From: United States Bankruptcy Court, Eastern District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re: Elizabeth M. Miller, Case Number 17-10832, mdc

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

NOTE: THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by the court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**Philadelphia**
**900 Market Street**
**Suite 400**
**Philadelphia, PA 19107**

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

IDA, PC
9501 Roosevelt Blvd, Suite 208
Philadelphia, PA 19114-1027

THE UPDATED ADDRESS IS:

IDA, PC
729 GROVE AVE, STE 4
SOUTHAMPTON, PA 18966

_____    _____
Signature of Debtor or Debtor's Attorney             Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.