# UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ELIZABETH M. MILLER                                    Chapter 13

                    Debtor            Bankruptcy No. 17-10832-mdc

## Order Dismissing Chapter 13 Case and
## Directing Counsel to File Master Mailing List

**AND NOW**, this ___25th___ day of ___January___, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ROBERT NEIL BRAVERMAN
15TH FLOOR
1515 MARKET ST
PHILADELPHIA, PA 19103

Debtor:
ELIZABETH M. MILLER

4631 MELROSE STREET

PHILADELPHIA, PA 19137