_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
_____

IN THE MATTER OF:               :      CHAPTER 13

ELIZABETH M. MILLER,            :      CASE #17-10832/MDC

   Debtor.                      :

## NOTICE OF PRAECIPE TO CHANGE ADDRESS

ELIZABETH M. MILLER, debtor herein, by and through her attorney, Robert N. Braverman, Esquire of the Law Office of Robert Braverman, LLC, respectfully requests the following:

That the Court delete the improper address of the following creditor and replace same as follows:

       Creditor:            Santander Consumer USA

       OLD ADDRESS:   8585 N. Stemmons Freeway, Suite 100, Dallas, TX 75247

       NEW ADDRESS:   1601 Elm Street, Suite 800, Dallas, TX 75201

       LAW OFFICE OF ROBERT BRAVERMAN, LLC
       Attorneys for Debtor,

       By:/s/  Robert N. Braverman, Esquire
DATED:     February 20, 2018          ROBERT N. BRAVERMAN, ESQUIRE

Robert N. Braverman, Esquire (I.D. #38312)
Law Office of Robert Braverman, LLC
1515 Market Street, 15th Floor
Phila., PA 19102
(215) 928-9199
Attorneys for Debtor